**15-25-00063-CV**

CAUSE NO. 24-DC-55952

| | | |
|---|---|---|
| JAMES BRICKLEY,<br>Plaintiff | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | | CORYELL COUNTY, TEXAS |
| | § | |
| CODI MITCHELL,<br>Defendant | § | 440th JUDICIAL DISTRICT |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/24/2025 2:35:21 PM
CHRISTOPHER A. PRINE
Clerk

## PLAINTIFF'S NOTICE OF APPEAL

1. Plaintiff, James Brickley, desires to appeal from the order to dismiss pursuant to defendant's plea to jurisdiction, signed by this Court on March 27,2025.

2. Plaintiff recieved the Courts order to dismiss on April 8,2025, and sudsequently submitted a request for findings of fact and conclusions of law on April 9,2025.

3. Plaintiff appeals to the Fifteenth Court of Appeals.

Respectfully submitted,

*[signature]* 16 Apr 2025

JAMES BRICKLEY
3201 FM 929
Gatesville, Texas 76597

## CERTIFICATE OF SERVICE

I, James Brickley, hereby certify that a true and correct copy of the foregoing was sent to the attorney for the defendant at the address below via certified mail, through my agent. Executed on this day April 10,2025.

JACOBI I. PONS
ASST. ATTORNEY GENERAL
LAW ENFORCEMENT DEFENSE DIVISION
P.O. BOX 12548, CAPITOL STATION
AUSTIN, TEXAS 78711

Filed
CORYELL COUNTY
11:19 o'clock A.M.
APR 24 2025
*[signature]*
DISTRICT CLERK

_(signature)_ 10 Apr 2005

JAMES BRICKLEY
3201 FM 929
GATESVILLE, TEXAS 76597

I Julia Blackmon, agent for James Brickley, recieved and forwarded the foregoing and the Unsworn Declaration of James Brickley to the address for the attorney representing the defendant at the above mentioned address via certified mail on _April / 21 /2025_

*_(signature)_
JULIA BLACKMON

2

# BECKY MOORE
## 440TH JUDICIAL DISTRICT CLERK
P.O. BOX 4
GATESVILLE, TEXAS 76528
PHONE 254-865-5911 FAX 254-865-5064

DATE: 4/24/2025

RE:    JAMES BRICKLEY vs.   CODI MITCHELL

CAUSE#                          DC-24-55952

DATE JUDGMENT SIGNED:           MARCH 28, 2025

NOTICE OF APPEAL FILED:         APRIL 24, 2025

Ordinary Appeal

DAYS                EVENT

0                   JUDGMENT SIGNED

30                  FILE WRITTEN NOTICE OF APPEAL

60                  FILE CLERK'S RECORD AND REPORTER'S RECORD WITH
                    COURT OF APPEALS

I have received a copy of the appeal filed in the above styled and numbered case.

                                           DATE

 JAMES BICKLEY, Pro Se                 SENT: 4/24/2025- MAILED
Plaintiff's Attorney

 Tracy L Irvin,                        DATE: 4/24/2025- EMAILED
Official Court Reporter
440th District Court

 Dana DeLeon                           DATE: 4/24/2025- EMAILED
Court Coordinator for
440th District Court

CAUSE NO. DC-24-55952

| | | |
|---|---|---|
| JAMES BRICKLEY,<br>*Plaintiff,* | § § § | IN THE DISTRICT COURT OF |
| v. | § § | CORYELL COUNTY, TEXAS |
| CODI MITCHELL,<br>*Defendant.* | § § § | 440TH JUDICIAL DISTRICT |

## DEFENDANT'S PLEA TO THE JURISDICTION

On this day the Court considered defendant Codi Mitchell's Plea to the Jurisdiction. Having considered the motion and arguments of the parties, the Court is of the opinion that the motion should in all things be **GRANTED**. The Court finds that this court lacks subject-matter jurisdiction over Plaintiff James Brickley's claims pursuant to the Texas Penal Code. The Court also finds that this is an incurable defect for which leave to amend is futile. It is therefore:

**ORDERED** that defendant Mitchell's motion is **GRANTED**. It is further

**ORDERED** that plaintiff Brickley's claim against defendant Mitchell are **DISMISSED** with prejudice.

Signed this 27 day of March , 2025.

JUDGE PRESIDING

Filed
CORYELL COUNTY
10:30 o'clock a.m.

MAR 2 8 2025

DISTRICT CLERK

4

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Gloriana Ojeda on behalf of Jacob Pons
Bar No. 24139435
gloriana.ojeda@oag.texas.gov
Envelope ID: 98814624
Filing Code Description: Motion (No Fee)
Filing Description: 202050324_Ds PTJ
Status as of 3/24/2025 3:36 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jacob Pons | 24139435 | jacob.pons@oag.texas.gov | 3/24/2025 3:33:05 PM | SENT |
| Shannon Benson | | Shannon.Benson@oag.texas.gov | 3/24/2025 3:33:05 PM | SENT |
| Gloriana Ojeda | | gloriana.ojeda@oag.texas.gov | 3/24/2025 3:33:05 PM | SENT |

CAUSE NO. 24-DC-55952

JAMES BRICKLEY,           §      IN THE DISTRICT COURT
  Plaintiff
                          §
v.                        §      OF CORYELL COUNTY, TEXAS
                          §
CODI MITCHELL,            §
  Defendant               §      440th JUDICIAL DISTRICT

PLAINTIFF'S REQUEST FOR FINDINGS OF FACT &
CONCLUSIONS OF LAW

Plaintiff, James Brickley, asks the Court to file the findings of fact and conclusions of law.

INTRODUCTION

1. Plaintiff, James Brickley, sued defendant, Codi Mitchell, for theft; denial of access to the courts; violating his inmate rights and preventing execution of a civil process, in her individual capacity.

2. The Court signed a judgment on March 27,2025, dismissing the case pursuant to a plea to jurisdiction, submitted on behalf of the defendant, by Jacobi I. Pons.

REQUEST

3. Plaintiff asks the Court to file findings of fact and conclusions of law and require the court clerk to mail copies to all parties, as required by Texas Rule of Civil Procedure 297.

4. Plaintiff files this request within 20 days after the Court signed the judgment. Tex.R.Civ.P. 296.

Respectfully submitted,

_9 Apr 2025_

JAMES BRICKLEY
3201 FM 929
Gatesville, Texas 76597

Filed
CORYELL COUNTY
11:19 o'clock AM

APR 2 4 2025

Becky Wilson
DISTRICT CLERK

16

## CERTIFICATE OF SERVICE

I, James Brickley, Plaintiff, pro se, hereby certify that a true and correct copy of the foregoing was sent to the attorney for the defendant at the address below via certified mail, through my agent. Executed on this day April 9, 2025.

JACOBI I. PONS
Asst. Attorney General
LAW ENFORCEMENT DEFENSE DIVISION
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548, CAPITOL STATION
AUSTIN, TEXAS 78711

9 Apr 2025

JAMES BRICKLEY
3201 FM 929
GATESVILLE, TEXAS 76597

I Julia Blackmon, agent for James Brickley, recieved and forwarded the foregoing by certified mail to the address above on 4/2/2025.

x JULIA BLACKMON

CAUSE NO. DC-24-55952

| | | |
|---|---|---|
| JAMES BRICKLEY, <br> *Plaintiff,* | § <br> § <br> § | IN THE DISTRICT COURT OF |
| v. | § <br> § | CORYELL COUNTY, TEXAS |
| CODI MITCHELL, <br> *Defendant.* | § <br> § | 440TH JUDICIAL DISTRICT |

## DEFENDANT'S PLEA TO THE JURISDICTION

On this day the Court considered defendant Codi Mitchell's Plea to the Jurisdiction. Having considered the motion and arguments of the parties, the Court is of the opinion that the motion should in all things be **GRANTED**. The Court finds that this court lacks subject-matter jurisdiction over Plaintiff James Brickley's claims pursuant to the Texas Penal Code. The Court also finds that this is an incurable defect for which leave to amend is futile. It is therefore:

**ORDERED** that defendant Mitchell's motion is **GRANTED**. It is further

**ORDERED** that plaintiff Brickley's claim against defendant Mitchell are **DISMISSED** with prejudice.

Signed this 27 day of March , 2025.

JUDGE PRESIDING

Filed
CORYELL COUNTY
10:30 o'clock a.m.

MAR 2 8 2025

Becky Herr
DISTRICT CLERK

8

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Gloriana Ojeda on behalf of Jacob Pons
Bar No. 24139435
gloriana.ojeda@oag.texas.gov
Envelope ID: 98814624
Filing Code Description: Motion (No Fee)
Filing Description: 202050324_Ds PTJ
Status as of 3/24/2025 3:36 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jacob Pons | 24139435 | jacob.pons@oag.texas.gov | 3/24/2025 3:33:05 PM | SENT |
| Shannon Benson | | Shannon.Benson@oag.texas.gov | 3/24/2025 3:33:05 PM | SENT |
| Gloriana Ojeda | | gloriana.ojeda@oag.texas.gov | 3/24/2025 3:33:05 PM | SENT |

<u>JAMES BRICKLEY V. C. MITCHELL</u>

IN THE **440TH** DISTRICT COURT

OF

CORYELL COUNTY, TEXAS

**Date of Judgment or Other Order Appealed From:** <u>MARCH 28, 2025</u>

**Name of Trial Court Judge:** <u>Honorable Judge GRANT KINSEY</u>

**Name of Court Reporter:** <u>TRACY IRVIN</u>

**Name & Address of Defense Attorney on Appeal:**

**JAMES BRICKLEY- PRO SE**
**3201 FM 929**
**GATESVILLE, TEXAS 76597**

**Name & Address of Attorney(s) for the RESPONDENT on Appeal:**

**JACOBI I PONS**
**ASST. ATTORNEY GENERAL**
**LAW ENFORCEMENT DEFENSE DIVISION**
**PO BOX 12548, CAPITOL STATION**
**AUSTIN, TEXAS 78711**

Becky Moore
District Clerk
Coryell County, Texas

By: _____ Deputy